# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145879

35160 JEFFERSON AVENUE, L.L.C.,
      Plaintiff/Counter
      Defendant-Appellant,

v

CHARTER TOWNSHIP OF HARRISON and
BOARD OF MACOMB COUNTY ROAD
COMMISSIONERS,
      Defendants,

and

IVAN DOVERSPIKE and KIMBERLY F.
DOVERSPIKE,
      Defendants/Counter
      Plaintiffs-Appellees.

SC:  145879
COA:  303152
Macomb CC:  2010-000420-CH

_____/

      On order of the Court, the application for leave to appeal the August 7, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      VIVIANO, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____

Clerk

s0225